%JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   **Category No.** II   **Investigating Agency** HSI

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   21-1557-DLC and see below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Jonathan VAUGHAN   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Jonathan VAUGHN; "Ason"

Address: (City & State) Boston, MA

Birth date (Yr only): 1986   SSN (last4#): ___   Sex: M   Race: Black   Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Lindsey Weinstein   Bar Number if applicable: 676933

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

Arrest Date: 10/13/2021

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Suffolk House of Correction   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____   Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Jonathan VAUGHAN, a/k/a "ASON"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C §§ 1591(a) and (b)(1) | Sex trafficking by force, fraud and coercion | 1, 2, 3 |
| Set 2 | 18 U.S.C. § 2421 | Transportation of an individual for purposes of prostitution | 4, 5 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute cocaine | 6 |
| Set 4 | 18 U.S.C. § 1594(d) and 28 U.S.C § 2461(c) | Sex trafficking forfeiture allegation | |
| Set 5 | 18USC§§981a1C, 2428(a) & 28 U.S.C §§ 2461(c) | Transportation forfeiture allegation | |
| Set 6 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    Addn warrants: 22-1040-DLC, 22-1041-DLC, 22-1042-DLC and 22-1043-DLC