# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** OR ANY OF HIS DEPUTIES,

AND TO: _____The Superintendent of the Suffolk House of Correction_____

    YOU ARE COMMANDED to have the body of __Jonathan Vaughan (YOB: 1986)__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __23__, on the __7th__ floor, Boston, Massachusetts on __4/8/22__, at __11:00__, A.M. for the purpose of _____Initial Appearance_____ in the case of  UNITED STATES OF AMERICA V. _____Jonathan Vaughan_____ CR Number _____22-cr-10076-RGS_____.

    And you are to retain the body of said _____Jonathan Vaughan_____ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said _____Jonathan Vaughan_____ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.   And have you then and there this Writ with your doings herein.

Dated this __5th__ day of __April, 2022__.

_____/s/ Donald L. Cabell_____
UNITED STATES MAGISTRATE JUDGE

                                              ROBERT M. FARRELL
                                              CLERK OF COURT

        SEAL

                                        By: _____/s/ Noreen Russo_____
                                                Deputy Clerk